```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13348
    ELIZABETH A LAWRENCE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-1820


-------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/18/06 .

     2.  The case was dismissed without confirmation, 02/23/2007.

     3.  The Debtor paid a total of $    116.00 .

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
EVERGREEN FINANCIAL        CURRENT MORTG       .00            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED           .00            .00
EDUCATION DIRECT           UNSECURED      NOT FILED           .00            .00
MIDWESTERN REGIONAL MED    UNSECURED      NOT FILED           .00            .00
SANFORD KAHN LTD           UNSECURED      NOT FILED           .00            .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED        OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00         .00          .00            .00
PRINCIPAL PAID           .00          .00         .00          .00            .00
INTEREST PAID            .00          .00         .00          .00            .00
TOTAL PAID               .00          .00         .00          .00            .00
The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $         .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $    116.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/15/07             /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 06 B 13348 ELIZABETH A LAWRENCE
```